# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| MAXIMINO ARIAS-MEZA | ) | Case No.  3:24-mj-50 |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT
### BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **March 14, 2024** in the county of **Multnomah** in the District of **Oregon**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) and 841(b)(1)(A) | Possession with the intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

See attached affidavit of Homeland Security Investigations (HSI) Special Agent Clay Othic.

☑ Continued on the attached sheet.

/s/ By Phone
*Complainant's signature*

Clay Othic, Special Agent, HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at  9:50  a̶.m./p.m.

Date: March 14, 2024

*Judge's signature*

City and state: Portland, Oregon   Hon. Jolie A. Russo, U.S. Magistrate Judge
*Printed name and title*